# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2023-2476
5D2023-2477
5D2023-2478

LT Case Nos. 2018-CF-2774
2017-CF-003569
2018-CF-002327-A

_____

DAVID CARL BRIDE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

June 14, 2024

PER CURIAM.

In this *Anders*[1] appeal, we affirm without further discussion, the revocation of Appellant's probation following his admission to the violations and the resulting judgment and sentences imposed. We remand for the trial court to enter an amended order of revocation of probation in each of Appellant's cases listing the conditions of probation that the trial court found that Appellant had violated. *See Murphy v. State*, 612 So. 2d 676, 677 (Fla. 1st DCA 1993) (remanding for entry of a written order of revocation stating the conditions of probation that were violated).

AFFIRMED; REMANDED with directions.

EDWARDS, C.J., and MAKAR and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

---

[1] *Anders v. California*, 386 U.S. 738 (1967).